THOMAS NAGLE, an Infant, by REGINA M. NAGLE, His Guardian ad Litem, and DAVID A. NAGLE, Respondents, v. THE NEW YORK EDISON COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN AND BRONX COUNCILS, INC., Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. Taxes of 1935. THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN AND BRONX COUNCILS, INC., Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. Taxes of 1936.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motions denied, on the authority of *People ex rel. Trustees of Masonic Hall & Asylum Fund* v. *Miller* (279 N. Y. 137). Present — Glennon, Untermyer, Cohn and Callahan, JJ. [167 Misc. 497.]

FLYING EAGLE COACH CORPORATION, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant the motion.

JENNIE T. FARLEY, Appellant, v. EDWARD deC. CHISHOLM and Others, Individually and as Copartners Doing Business under the Firm Name and Style of CHISHOLM & CHAPMAN, Respondents, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

CATHERINE A. STANTON, Appellant, v. EDWARD deC. CHISHOLM, etc., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ALBERT FABER, Appellant, v. EDWARD A. SCHEER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

A. L. RUSSELL, INC., Appellant, v. IRVING RICH and PHILIP WOLF, Individually, RICH & WOLF, INC., and BERNARD A. GROSSMAN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FARMERS & MERCHANTS NATIONAL BANK OF LOS ANGELES, Respondent, v. GEORGE SEIDMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARGARET LIGUORI and SALVATORE LIGUORI, Appellants, v. CONCOURSE & 172ND STREET BUILDING CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.